UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
TAO AN, CHUNGANG GUAN, CUI QINGYUN,         :
HUIMIN LIN, BEILE LI, YANMING WANG, TAO     :
ZHENG, ZHENG HU YUAN CAO, LINWAN FENG,      :
                                            :    22-CV-10060 (ALC)
                    **Plaintiffs,**         :
                                            :    **ORDER**
       -against-                            :
                                            :
WEIJIAN SHAN, BO LEILEI SHAN,               :
                                            :
                    **Defendants.**         :
                                            :
-----------------------------------------------------------------
                                            :
                                            x

**ANDREW L. CARTER, JR., District Judge:**

Defendants' motion to seal portions of the Complaint in this action is GRANTED. ECF No. 3.

The Clerk of Court is directed to seal the unredacted Complaint at ECF No. 1, and instead display the redacted version that Defendants filed at ECF No. 3-1 ("Exhibit A") as the publicly available Complaint.

Upon the completion of service, the parties may file pre-motion letters for a motion to dismiss, a motion for sanctions, or whatever other relief they wish to pursue.

**SO ORDERED.**

Dated:    **New York, New York**
          **November 30, 2022**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**