MEMO ENDORSED

**JONES DAY**

250 VESEY STREET • NEW YORK, NEW YORK 10281.104

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 14, 2022

DIRECT NUMBER: 2123263885
CLWILSON@JONESDAY.COM

December 13, 2022

VIA ECF (WITH COURTESY COPY BY EMAIL)

Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
400 Foley Square
New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Tao An et al. v. Weijian Shan et al.*, Case No. 22-cv-10060-ALC (S.D.N.Y.):
      **Request for an Extension of Time to Respond to Complaint**

Dear Judge Carter:

We represent defendants Weijian Shan and Bo Shan in the above-captioned action and write to request that the court so-order the parties' agreed upon extension of defendants' time to respond to the complaint.

In exchange for defendants' waiver of service of the complaint, plaintiffs agreed to extend defendants' time to respond to the complaint from 21 days after service to 45 days after service—to make defendants' response due on January 27, 2023. This is defendants' first request for an extension of time.

Defendants reserve all other defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

Respectfully submitted,

C. Lee Wilson

cc:   All counsel (by ECF)

SO ORDERED:

*Defendants' request for an extension is granted. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 3 & 6.
Dated: Dec. 14, 2022*

_____
HON. ANDREW L. CARTER, JR.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON