**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------- x
TAO AN, CHUNGANG GUAN, CUI QINGYUN,        :
HUIMIN LIN, BEILE LI, YANMING WANG, TAO    :
ZHENG, ZHENG HU YUAN CAO, LINWAN FENG,:
                                            :        **22-CV-10060 (ALC)**
                            **Plaintiffs,**  :
                                            :        **ORDER**
            -against-                        :
                                            :
**WEIJIAN SHAN, BO LEILEI SHAN,**            :
                                            :
                            **Defendants.**  :
                                            :
----------------------------------------------------------------- :
                                            x

**ANDREW L. CARTER, JR., District Judge:**

      Defendants' motion to seal portions of the First Amended Complaint in this action is

GRANTED. ECF No. 9.

      The Clerk of Court is directed to seal the unredacted First Amended Complaint at ECF

No. 8, and instead display the redacted version that Defendants filed at ECF No. 9-1 ("Exhibit

A") as the publicly available First Amended Complaint.

      For all future filings in this matter, the Court directs the parties to refrain from public

filing of specific residential addresses of individuals. At this time, the Court will not issue

sanctions for Plaintiff's Counsel's error and will hold any decision on potential sanctions until

Defendants file their response to the Complaint.

**SO ORDERED.**

**Dated:**     **New York, New York**
            **December 16, 2022**

                                    _____
                                   **ANDREW L. CARTER, JR.**
                                  **United States District Judge**