# JONES DAY

100 HIGH STREET • 21ST FLOOR • BOSTON, MASSACHUSETTS 02110.1781

TELEPHONE: +1.617.960.3939 • JONESDAY.COM

Direct Number: (617) 449-6856
alelling@jonesday.com

September 6, 2023

VIA ECF (with courtesy copy by email)

Hon. Andrew L. Carter, Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Tao An, et al. v. Weijian Shan, et al.*, No. 1:22-cv-10060-ALC (S.D.N.Y.)

Dear Judge Carter:

We represent defendants Weijian Shan and Bo Shan in this matter, which is related to three other federal cases, two pending in this Court, one pending in the District of Maryland.[1] All four matters were filed (by the same lawyers) in late 2022 and early 2023 to further an extensive campaign of harassment and intimidation by Ho Wan Kwok, a debtor in an ongoing Connecticut Chapter 11 bankruptcy proceeding.[2]  (In March 2023, Kwok was indicted in this district for perpetrating a massive investment fraud scheme.[3])

The complaints in all four cases, which are factually and legally frivolous, target participants in Kwok's bankruptcy proceedings, including the bankruptcy trustee, our clients, and certain lawyers.  Most of the allegations involve falsely accusing the trustee (in *Despins*), counsel in the bankruptcy (*Despins* and *Gong*), and our clients (here and *Wyatt*) of being cleverly disguised agents of the Chinese Communist Party.  In all four cases, the plaintiffs use those false allegations as the basis for a cause of action under the Foreign Agent Registration Act ("FARA").[4]

By this point, all related cases have been dismissed:  two on the merits (*Despins* and *Gong*) and one for failure to prosecute, including failing to serve certain defendants (*Wyatt*).[5] The

---

[1] *See An v. Despins*, No. 22-cv-10062-VEC (S.D.N.Y.) (hereinafter "*Despins* Dkt."); *Gong v. Sarnoff*, No. 1:23-cv-00343-LJL (S.D.N.Y.) (hereinafter "*Gong* Dkt."); *Wyatt v. University of Maryland*, No. 23-cv-742-JKB (D. Md.) (hereinafter *Wyatt* Dkt.").

[2] *See In re Ho Wan Kwok et al.*, No. 22-50073 (JAM) (D. Conn.).

[3] *See United States v. Ho Wan Kwok*, 23-cr-118-AT (S.D.N.Y.).

[4] *See* 22 U.S.C. § 611, *et seq*.

[5] *Despins* Dkt. No. 29; *Gong* Dkt. No. 57; *Wyatt* Dkt. No. 34.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Honorable Andrew L. Carter, Jr.
September 6, 2023
Page 2

decisions in *Despins* and *Gong* were based on precisely the same grounds defendants allege here: there simply is no private right of action under FARA.  Moreover, motions for sanctions have been granted in each of those cases, and defense counsel have submitted fee applications.[6]

      We write to respectfully request that the Court expedite consideration of the motions for dismissal and sanctions pending in this case.[7]  We understand that this request is unusual and that this matter obviously is not the only one requiring the Court's attention.  Our clients, however, continue to be subjected to the genuine risk of reputational harm from plaintiffs' frivolous filings, which are available to anyone with an internet connection – a risk heightened by the fact that, at this juncture, only this case remains.

      Respectfully submitted,

*/s/ Andrew E. Lelling*
Andrew E. Lelling, Esq.
Justin B. Harris, Esq.

cc:  Plaintiffs' counsel (by ECF and email)

---

[6] *Despins* Dkt. Nos. 72, 74-75; *Gong* Dkt. Nos. 29, 31-32.

[7] Defendants' motion to dismiss has been fully briefed since February 27, 2023 (Nos. 22-23, 25, 35), while defendants' motion for sanctions has been fully briefed since March 15, 2023 (Nos. 31-34, 37, 38).