UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAO AN, CHUNGANG GUAN, CUI
QINGYUN, HUIMIN LIN, BEILE LI,
YANMING WANG, TAO ZHENG, ZHENG
HU, YUAN CAO, and LINWAN FENG,

              *Plaintiffs*,

      -against-


WEIJIAN SHAN AND BO LEILEI SHAN,

              *Defendants*.

22-cv-10060 (ALC)

**<u>ORDER</u>**

---

**ANDREW L. CARTER, JR., District Judge:**

      Defendants' motion to seal Exhibit 1 to Defendants' Fee Application in this action is

GRANTED. ECF No. 47-1. The Clerk of Court is directed to seal the unredacted Exhibit 1 at

ECF No. 47-1.


**SO ORDERED.**

**Dated: October 11, 2023**
        **New York, New York**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**