# JONES DAY

100 HIGH STREET • 21ST FLOOR • BOSTON, MASSACHUSETTS 02110.1781

TELEPHONE: +1.617.960.3939 • JONESDAY.COM

DIRECT NUMBER: (617) 449-6856
ALELLING@JONESDAY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/29/2025__

**MEMO ENDORSED**

July 29, 2025

VIA ECF (with courtesy copy by email)

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:  *Tao An et al. v. Weijan Shan et al.*, Case No. 1:22-cv-10060-ALC (S.D.N.Y.) –
Defendants' Request for Brief Continuance of Hearing on Fee Application

Dear Judge Carter:

Yesterday the Court scheduled a telephonic conference for August 7, 2025, at 12:00 pm ET, on defendants' application for fees and costs in the above case. Defendants Weijian Shan and Bo Shan ("defendants") write to respectfully request a brief adjournment of that conference to the following week.

Lead counsel for the defendants has a long-scheduled obligation out of state next week that would prevent him from properly preparing for, and conducting, the conference on that date and time.[1] Counsel for the plaintiffs has no objection to the adjournment and, after conferring, the parties respectfully suggest as alternative dates August 13, August 14, and the morning of August 15, 2025.

This is defendants' first request for adjournment in this matter.

Sincerely,

/s/ *Andrew E. Lelling*

Andrew E. Lelling, Esq.

cc:  Plaintiffs' counsel (by ECF and email)

---

[1] More precisely, counsel will be in a moving van somewhere between Morgantown, West Virginia, and Lexington, Kentucky.

The telephonic conference previously schedule for August 7, 2025 at noon is hereby adjourned to August 15, 2025 at 11:00 A.M. E.T.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 29, 2025