UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAO AN, CHUNGANG GUAN, CUI QINGYUN, HUIMIN LIN, BEILE LI, YANMING WANG, TAO ZHENG, ZHENG HU, YUAN CAO, and LINWAN FENG,<br><br>*Plaintiffs*,<br><br>-against-<br><br>WEIJIAN SHAN AND BO LEILEI SHAN,<br><br>*Defendant*. | 22-cv-10060 (ALC)<br><br><u>CONFERENCE ORDER</u> |

**ANDREW L. CARTER, JR., District Judge:**

the Court will hold a telephonic conference in this matter on August 27, 2025 at 12:00 PM ET. All parties shall appear and should be prepared to discuss the pending motion for attorneys' fees. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: August 22, 2025**
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge